# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 83 MM 2015

Respondent :

v. :

MARK WILLIAM MILLER, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.